In the Matter of JEAN KAY, Respondent, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.

BERTRAND RUSSELL, Appellant.

Submitted September 30, 1940; decided October 8, 1940.

*Osmond K. Fraenkel* for motion.
*Joseph Goldstein* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.